IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **PHILLIP FRANKLYN VANCE-MEYERES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **No. 26-2272-KHV** |
| | ) | |
| **JOHNSON COUNTY, KANSAS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

On July 31, 2026, Magistrate Judge Rachel E. Schwartz recommended that the Court dismiss this case without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because plaintiff's First Amended Complaint (Doc. #22) filed June 10, 2026 did not comply with Rule 8(a)(2) of the Federal Rules of Civil Procedure. See Report And Recommendation For Dismissal (Doc. #30). The deadline for objections to Judge Schwartz's report and recommendation was August 14, 2026. No party has objected.[1] For this reason and substantially

[1] In one of his numerous filings, plaintiff states that he filed "Objections to the Report and Recommendation" on August 13, 2026 and that he is actively preparing a second amended complaint. Plaintiff's Supplemental Notice Regarding Second Amended Complaint In Connection With Objections To Report And Recommendation (Doc. #37) filed August 13, 2026 at 2. To date, plaintiff has not filed any objections to Judge Schwartz's Report And Recommendation (Doc. #30). The Court recognizes that plaintiff has filed numerous documents since Judge Schwartz issued the report and recommendation, but none of these documents respond to the deficiencies identified in the Report And Recommendation (Doc. #30) or can be reasonably construed as objections to the report and recommendation. See Plaintiff's Fourth Supplemental Notice Of Additional Evidence – The September 2022 Insurance Coverage Gap Evidence Chain (Employer Statements, Verified United Healthcare Contact Record, Tilson HR's Catchup Billing Explanation, And Corroborating Third-Party Statements) (Doc. #41) filed August 29, 2026; Plaintiff's Third Supplemental Notice Of Additional Evidence (E-459, E-461 Through E-465, And EVD-031) (Doc. #40) filed August 29, 2026; Plaintiff's Notice Of Intent To File Motion For Summary Judgment (Doc. #39) filed August 29, 2026; Supplemental Notice Of Newly Catalogued Voicemail, Email, And Call Log Exhibits (E-399, E-421 through E-488) (Doc. #38) filed

(continued. . .)

the reasons stated by Judge Schwartz, the Court adopts the Report And Recommendation (Doc. #30) in its entirety.[2] Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Court dismisses without prejudice plaintiff's First Amended Complaint (Doc. #22) filed June 10, 2026 for failure to comply with Rule 8(a)(2) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that the Court adopts the Report And Recommendation For Dismissal (Doc. #30) filed July 31, 2026 in its entirety.

**IT IS FURTHER ORDERED** that pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Court dismisses without prejudice plaintiff's First Amended Complaint (Doc. #22) filed June 10, 2026 for failure to comply with Rule 8(a)(2) of the Federal Rules of Civil Procedure.

[1](. . .continued)
August 26, 2026; Plaintiff's Supplemental Notice Regarding Second Amended Complaint In Connection With Objections To Report And Recommendation (Doc. #37) filed August 13, 2026; Plaintiff's Sixth Supplemental Notice Of Additional Evidence And Consolidated IER Evidence Log (Doc. #36) filed August 9, 2026; Plaintiff's Consolidated Supplemental Notice Of New Evidence, Additional Claims, And Damages Framework For Incorporation Into The Second Amended Complaint (Doc. #35) filed August 9, 2026; Plaintiff's Supplemental Notice Of Filing Of Additional Evidence (Master Evidence Summary–Ghost Case As Enterprise Spine; Consolidated Defendant Evidence Map) (Doc. #34) filed August 5, 2026; Plaintiff's Supplemental Notice Of Additional Evidence (Post-Filing Retaliation By Genesh Inc.: Schedule Removal Following DOJ IER Notification; Complete Genesh/IER Timeline) (Doc. #33) filed August 4, 2026; Plaintiff's Supplemental Notice Of Filing Of Additional Evidence (Unauthorized Practice Of Law By Jordan Kurdi And Christina Mallatt; Related Ogletree Deakins Personnel Across Multiple Defendant Identities; Continuing Retaliation Pattern) (Doc. #32) filed August 1, 2026; Plaintiff's Consolidated Supplemental Notice Of Filing Of Additional Evidence (Exhibits E-320 Through E-337 – Genesh Inc. E-Verify Violations, Retaliatory Communications, And Related DOJ IER Complaint) (Doc. #31) filed August 1, 2026.

[2] The Court notes that plaintiff already amended his complaint once as a matter of course. Before doing so, Judge Schwartz cautioned plaintiff that any amended complaint must comply with Rule 8, Fed. R. Civ. P., that lengthy or confusing allegations are discouraged and that under 28 U.S.C. § 1915(e)(2)(B), the Court reviews only the sufficiency of the complaint (not all of plaintiff's filings together). IFP Screening Case Management Order (Doc. #18) filed May 21, 2026 at 4.

Dated this 2nd day of September, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge