**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **PHILLIP FRANKLYN VANCE-MEYERS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHNSON COUNTY, KANSAS, et al.,**<br><br>**Defendants.** | ) | **CIVIL ACTION**<br><br>**No. 26-2272-KHV** |

**MEMORANDUM AND ORDER**

On September 2, 2026, the Court dismissed plaintiff's claims against defendants without prejudice. Memorandum And Order (Doc. #43) filed September 2, 2026. This matter comes before the Court on Plaintiff's Motion To Alter Or Amend Judgment Under Fed. R. Civ. P. 59(e), And For Leave To File The Attached Second Amended Complaint (Doc. #46) filed September 28, 2026. For reasons stated below, the Court overrules the motion.

A party seeking to alter or amend a judgment pursuant to Rule 59(e) must establish (1) an intervening change in the controlling law; (2) the availability of new evidence that could not have been obtained previously through the exercise of due diligence; or (3) the need to correct clear error or prevent manifest injustice. Servants of Paraclete v. Does, 204 F.3d 1005, 1012 (10th Cir. 2000). Such a motion does not permit a losing party to rehash arguments previously addressed or to present new legal theories or facts that could have been raised earlier. Brown v. Presbyterian Healthcare Servs., 101 F.3d 1324, 1332 (10th Cir. 1996).

In his motion, plaintiff merely states that he acknowledges the Court's concerns under Rule 8(a)(2), Fed. R. Civ. P., and seeks to file an amended complaint that limits his claims in this case to the parties involved in a Johnson County, Kansas, criminal case. Plaintiff's Motion To

Alter Or Amend Judgment Under Fed. R. Civ. P. 59(e), And For Leave To File The Attached Second Amended Complaint (Doc. #46) at 2. Plaintiff has not satisfied any of the three above requirements, so the Court declines to alter or amend the judgment.

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion To Alter Or Amend Judgment Under Fed. R. Civ. P. 59(e), And For Leave To File The Attached Second Amended Complaint (Doc. #46) filed September 28, 2026 is **OVERRULED. If plaintiff wishes to further litigate the claims in the complaint he attached to his motion, he must file his complaint as a new case in an appropriate jurisdiction.**

Dated this 19th day of November, 2026 at Kansas City, Kansas.

/s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge